IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TAHIR AZIM QURESHI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-1492 (RDA/MSN) |
| | ) | |
| COLLABRALINK TECHNOLOGIES, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the parties' joint Stipulation of Dismissal. Dkt. 18. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is DISMISSED WITH PREJUDICE.

It is SO ORDERED.

Alexandria, Virginia
May 19, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge